## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LEWIS D. BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:20-cv-01681-CFC |
| v. ) | |
| ) | |
| TENGASCO, INC., PETER E. SALAS, ) | |
| MATTHEW K. BEHRENT, RICHARD ) | |
| THON, ANTMAN SUB, LLC, and RILEY ) | |
| EXPLORATION – PERMIAN, LLC, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 24, 2021                      **RIGRODSKY LAW, P.A.**

                                                       By:   */s/ Gina M. Serra*
                                                           Seth D. Rigrodsky (#3147)
                                                           Gina M. Serra (#5387)
                                                           300 Delaware Avenue, Suite 210
                                                           Wilmington, DE 19801
                                                          Telephone: (302) 295-5310
                                                          Facsimile: (302) 654-7530
                                                          Email: sdr@rl-legal.com
                                                          Email: gms@rl-legal.com

                                                          *Attorneys for Plaintiff*